# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **EDGIO, INC.,**[1] <br> Debtor. <br> Tax ID No. 20-1677033 | Case No. 24-11985 (   ) <br> Chapter 11 |
| *In re* <br> **EDGECAST, INC.,** <br> Debtor. <br> Tax ID No. 20-5346704 | Case No. 24-11994 (   ) <br> Chapter 11 |
| *In re* <br> **EDGIO INTERNATIONAL, INC.,** <br> Debtor. <br> Tax ID No. 20-5683022 | Case No. 24-11986 (   ) <br> Chapter 11 |
| *In re* <br> **LIMELIGHT ACQUISITIONCO, INC.,** <br> Debtor. <br> Tax ID No. 88-2016138 | Case No. 24-11992 (   ) <br> Chapter 11 |
| *In re* <br> **LIMELIGHT MIDCO, INC.,** <br> Debtor. <br> Tax ID No. 88-2041120 | Case No. 24-11990 (   ) <br> Chapter 11 |

---

[1]   The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (0056). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://OmniManagementSolutions.com/Edgio/.

|  |  |
|---|---|
| *In re* | |
| **LIMELIGHT NETWORKS VPS, INC.,** | Case No. 24-11988 (    ) |
| Debtor. | Chapter 11 |
| Tax ID No. 20-4583438 | |
| *In re* | |
| **MOJO MERGER SUB, LLC**, | Case No. 24-11989 (    ) |
| Debtor. | Chapter 11 |
| Tax ID No. 87-2980056 | |

# MOTION OF DEBTORS
# FOR ENTRY OF AN ORDER
# (I) DIRECTING JOINT ADMINISTRATION
# OF THE DEBTORS' CHAPTER 11
# CASES AND (II) GRANTING RELATED RELIEF

Edgio, Inc. and its debtor affiliates in the above-captioned Chapter 11 Cases, as debtors and debtors in possession (collectively, "***Edgio***" or the "***Debtors***"), respectfully state as follows.

### RELIEF REQUESTED

1.      By this motion (the "***Motion***"), the Debtors seek entry of an order, (a) directing the joint administration of the Chapter 11 Cases for procedural purposes only and (b) granting related relief. A proposed form of order (the "***Proposed Order***") is attached to this Motion as **Exhibit A**.

2.      In support of joint administration, the Debtors request that the United States Bankruptcy Court for the District of Delaware (the "***Court***") maintain one file and one docket for all of the jointly administered Chapter 11 Cases under the case of *Edgio, Inc.*, Case No. 24-11985 and that the Court administer the Chapter 11 Cases under a consolidated caption, as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br>**EDGIO, INC.**, *et al.*,[2]<br>Debtors. | Case No. 24-11985 (    )<br>Chapter 11<br>(Jointly Administered) |

3.      The Debtors seek a determination that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

4.      The Debtors also request that the Court direct that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors' cases maintained by the

---

[2]     The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (0056). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://OmniManagementSolutions.com/Edgio/.

Office of the Clerk of the Court, other than Edgio, Inc., to inform parties in interest that the Chapter 11 Cases are jointly administered:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Edgio, Inc. and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of *Edgio, Inc.*, Case No. 24-11985 (    ), and that docket should be consulted for all matters affecting this chapter 11 case.

5.     The principal statutory bases for this Motion are sections 105(a) of the Bankruptcy Code, Rules 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedures (the "***Bankruptcy Rules***"), and Rules 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***").

## JURISDICTION AND VENUE

6.     The United States Bankruptcy Court for the District of Delaware (the "***Court***") has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This case has been referred to the Court pursuant to 28 U.S.C. § 157(a) by the Amended Standing Order of Reference, *In re Standing Order of Reference re: Title 11* (D. Del. Feb. 29, 2012) (Sleet, C.J.). This Motion is a core proceeding under 28 U.S.C. § 157(b). The Debtors consent to the Court's entry of a final order on this Motion if it is determined that the Court cannot otherwise enter a final order or judgment consistent with article III of the U.S. Constitution.

7.     Venue in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

8.     Edgio provides technology services that support the delivery of video and other content through the Internet. Among a broad suite of services, Edgio runs global computer networks that support high-speed delivery of websites, recorded video, and live-streaming for a diverse and sophisticated base of blue-chip business and media customers. Through its software applications, Edgio helps many of those same customers enhance the security and performance of

- 4 -

their websites and e-commerce platforms. Edgio employs hundreds of developers and engineers around the world to provide these services to its customers.

9.     On this date (the "***Petition Date***"), Edgio commenced these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"). Edgio is authorized to continue operating its businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Edgio has requested that its cases be consolidated for procedural purposes only and administered jointly. No trustee, examiner, or official committee has been appointed in these Chapter 11 Cases.

10.    Edgio commenced these Chapter 11 Cases to implement an expeditious process to market and sell substantially all of its business's assets (the "***Sale Process***"). In this effort, Edgio is supported by its prepetition secured lender, which has agreed to act as a stalking horse bidder in connection with the Sale Process. Edgio believes that this Sale Process, together with an orderly wind-down of any remaining entities, will maximize value for the benefit of all stakeholders.

11.    For further information about Edgio, its business operations, and the circumstances that have led to the filing of these Chapter 11 Cases, Edgio refers to *Declaration of Todd Hinders in Support of Chapter 11 Petitions and First Day Motions* (the "***First Day Declaration***"), filed simultaneously herewith.

## BASIS FOR RELIEF

12.    Bankruptcy Rule 1015(b) provides, in pertinent part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 also provides for the joint administration of related chapter 11 cases. Each Debtor other than Edgio, Inc., is an "affiliate" of Edgio, Inc., as that term is defined under section 101(2) of the Bankruptcy Code, in that each such Debtor is, directly or indirectly, a wholly owned subsidiary of Edgio, Inc. Accordingly, the Bankruptcy Code authorizes this Court to administer the Debtors' estates jointly and grant the requested relief.

- 5 -

13.     Bankruptcy Rule 1015(b) promotes the fair and efficient administration of multiple cases of affiliated debtors while protecting the rights of individual creditors. Joint administration of the Chapter 11 Cases will provide significant administrative convenience without harming or affecting the substantive rights of any party in interest. The Debtors intend to file with the Court numerous motions and applications, including the various motions and applications which have been filed on the first day of the Chapter 11 Cases. Joint administration for procedural purposes of these cases will avoid unnecessary delay and expense by obviating the need for the Debtors to file duplicative motions and applications and for the Court to enter duplicative orders in each of the Chapter 11 Cases, thereby saving the Debtors and parties in interest considerable time and expense, as well as easing the administrative burden on the Court and the parties. By aggregating all papers related to the Debtors under the same case caption and docket, creditors and parties in interest will be able to access and review relevant information concerning the Debtors in one place and will thereby be better able to keep apprised of the matters before this Court. Joint administration will also avoid the burdensome necessity of duplicating notices to numerous creditors. Finally, supervision of the administrative aspects of the Chapter 11 Cases by the Office of the United States Trustee for the District of Delaware (the "*U.S. Trustee*") will be simplified by joint administration of the cases.

14.     The rights of creditors will not be adversely affected because this Motion requests only administrative consolidation of the Chapter 11 Cases and not substantive consolidation of the Debtors' estates. Accordingly, the Debtors submit that joint administration of these Chapter 11 Cases is in the best interests of the Debtors' estates and all parties in interest.

15.     Joint administration of interrelated chapter 11 cases is routinely approved by bankruptcy courts in this jurisdiction under similar circumstances and generally is noncontroversial. *See, e.g., In re Vyaire Med., Inc*., No. 24-11217 (BLS) (Bankr. D. Del. June 11, 2024) (directing joint administration of chapter 11 cases); *In re Appgate, Inc*., No. 24-10956 (CTG) (Bankr. D. Del. May 8, 2024) (same); *In re Express, Inc*., No. 24-10831 (KBO) (Bankr. D. Del. Apr. 23, 2024) (same); *In re Number Holdings, Inc*., No. 24-10419 (JKS) (Bankr. D. Del. Apr. 9, 2024) (same);

- 6 -

*In re MVK FarmCo LLC*, No. 23-11721 (LSS) (Bankr. D. Del. Oct. 17, 2023) (same); *In re Yellow Corp.*, No. 23-11069 (CTG) (Bankr. D. Del. Aug. 9, 2023) (same). Accordingly, the Debtors respectfully submit that joint administration, for procedural purposes only, is in the best interest of the Debtors, their creditors, and other parties in interest.

## NOTICE

16.     Notice of this Motion will be provided to (a) the U.S. Trustee; (b) the creditors holding the 30 largest unsecured claims, according to the list filed by the Debtors with their petitions; (c) counsel to Lynrock Lake Master Fund LP (the "***DIP Lender***"); (d) U.S. Bank Trust Co., N.A., as trustee and collateral agent for the Debtors' outstanding senior secured convertible notes due 2027, (e) the Internal Revenue Service, (f) the Securities and Exchange Commission, (g) the United States Attorney's Office for the District of Delaware and all other states in which the Debtors operate; and (h) any other person entitled to notice pursuant to Local Rule 9013-1(m). The Debtors submit that that the applicable notice requirements have been satisfied, and that no further notice is required under the circumstances.

*[Remainder of page intentionally blank]*

Upon the foregoing Motion, the Debtors respectfully request that the Court (a) enter the Proposed Order granting this Motion and (b) grant such other relief as is just and proper.

Dated: September 9, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Gabrielle A. Colson*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Brendan J. Schlauch (No. 6115)
Huiqi Liu (No. 6850)
Emily R. Mathews (No. 6866)
Gabrielle A. Colson (No. 7179)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, DE  19801
Telephone: 1 (302) 651-7700
Fax:        1 (302) 651-7701
Email:      Collins@RLF.com
            Silberglied@RLF.com
            Schlauch@RLF.com
            Liu@rlf.com
            Mathews@rlf.com
            Colson@rlf.com

- and -

Dennis F. Dunne (*pro hac vice* pending)
Tyson Lomazow (*pro hac vice* pending)
Lauren C. Doyle (*pro hac* vice pending)
Benjamin M. Schak (*pro hac vice* pending)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Telephone: 1 (212) 530-5000
Email:      DDunne@Milbank.com
            TLomazow@Milbank.com
            LDoyle@Milbank.com
            BSchak@Milbank.com

*Proposed Co-Counsel to the*
*Debtors and Debtors in Possession*

EXHIBIT A TO JOINT ADMINISTRATION MOTION

PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | |
| **EDGIO, INC.,**[1] | Case No. 24-11985 (   ) |
| Debtor. | Chapter 11 |
| Tax ID No. 20-1677033 | |
| *In re* | |
| **EDGECAST, INC.,** | Case No. 24-11994 (   ) |
| Debtor. | Chapter 11 |
| Tax ID No. 20-5346704 | |
| *In re* | |
| **EDGIO INTERNATIONAL, INC.,** | Case No. 24-11986 (   ) |
| Debtor. | Chapter 11 |
| Tax ID No. 20-5683022 | |
| *In re* | |
| **LIMELIGHT ACQUISITIONCO, INC.,** | Case No. 24-11992 (   ) |
| Debtor. | Chapter 11 |
| Tax ID No. 88-2016138 | |
| *In re* | |
| **LIMELIGHT MIDCO, INC.,** | Case No. 24-11990 (   ) |
| Debtor. | Chapter 11 |
| Tax ID No. 88-2041120 | |

---

[1]  The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (0056). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://OmniManagementSolutions.com/Edgio/.

| | |
|---|---|
| *In re* | |
| **LIMELIGHT NETWORKS VPS, INC.**, | Case No. 24-11988 (    ) |
| Debtor. | Chapter 11 |
| Tax ID No. 20-4583438 | |
| *In re* | |
| **MOJO MERGER SUB, LLC**, | Case No. 24-11989 (    ) |
| Debtor. | Chapter 11 |
| Tax ID No. 87-2980056 | |

# ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

- 2 -

Upon the motion (the "***Motion***"),[2] of the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (this "***Order***") authorizing the Debtors to (a) direct procedural consolidation and joint administration of the Chapter 11 Cases for procedural purposes only, and (b) grant certain related relief; and the Court having jurisdiction to decide the Motion and to enter this Order pursuant to 28 U.S.C. § 1334; and these Chapter 11 Cases having been referred to this Court pursuant to 28 U.S.C. § 157(a) by the Amended Standing Order of Reference, *In re Standing Order of Reference re: Title 11* (D. Del. Feb. 29, 2012) (Sleet, C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided consistent with the Bankruptcy Rules and the Local Rules, and such notice being adequate and appropriate under the circumstances; and the Court having reviewed the Motion and the First Day Declaration; and a hearing having been held to consider the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and in the record establish just cause for entry of this Order; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; it is hereby **ORDERED** that:

1.      The Motion is granted as set forth herein.

2.      The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-11985 (    ).

3.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these jointly administered cases.

---

[2]     Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Motion.

4.      The caption for the jointly administered cases shall read as follows:

| | |
|---|---|
| *In re* | Case No. 24-11985 (    ) |
| **EDGIO, INC.**, *et al.*,[3] | Chapter 11 |
| Debtors. | (Jointly Administered) |

---

1       The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (0056). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://OmniManagementSolutions.com/Edgio/.

5.      The foregoing consolidated caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 1005 and 2002(n).

6.      The Debtors are authorized to amend the consolidated caption as they deem appropriate in light of the circumstances.

7.      A docket entry shall be made in each of the above-captioned Chapter 11 Cases, except the Chapter 11 Case of Edgio, Inc., substantially as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Edgio, Inc. and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of *Edgio, Inc.*, Case No. 24-11985 (    ), and that docket should be consulted for all matters affecting this chapter 11 case.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or the Debtors' estates.

9.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.    The Debtors and their agents are authorized to take all steps necessary or appropriate to carry out this Order.

11.    The Court will retain exclusive jurisdiction over all matters arising from or related to the implementation, interpretation or enforcement of this Order.