IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGIO, INC., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 24-11985 (KBO)<br><br>(Jointly Administered) |

### SECURITIES LEAD PLAINTIFF'S RESERVATION OF RIGHTS TO CONFIRMATION OF THE PLAN

Peter Frouws (the "Lead Plaintiff"), the court-appointed lead plaintiff in the securities class action pending in the United States District Court for the District of Arizona (the "District Court") under the caption *Peter Frouws, et al. v. Edgio Incorporated et al.,* Case No. 2:23-cv-00691-DJH, (the "Securities Litigation"), in his individual capacity and on behalf of the putative class he represents in the Securities Litigation (the "Class"), hereby submits this reservation of rights in connection with confirmation of the chapter 11 plan (the "Plan") [D.I. 958] filed by the Debtors in the above-captioned chapter 11 case (the "Chapter 11 Case"), and respectfully states as follows:

### RESERVATION OF RIGHTS

1. Lead Plaintiff does not oppose confirmation of the Plan as a general matter, but had raised concerns with respect to two discrete matters: (i) preservation of the Debtors' potentially relevant books and records for the duration of the Securities Litigation, which had been previously addressed memorialized in paragraph 25 of the Sale Order [D.I. 699]; and (ii) preservation of the

---

[1] The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (7033). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://OmniManagementSolutions.com/Edgio.

claims of Lead Plaintiff and the Class against the Debtors to the extent of available insurance, if any, covering securities claims against the Debtors.

2. The Debtors agreed to add language to the confirmation order, acceptable to Lead Plaintiff, that resolves the two aforementioned concerns.

3. Although these issues have been resolved through the inclusion of the additional language in the confirmation order, Lead Plaintiff has not yet seen the final version of the confirmation order and so, out of an abundance of caution, reserves all rights to object to the form of confirmation order once it is filed or otherwise made available, and to raise any issue with or objection to any further amendments to the Plan, on any basis whatsoever, whether or not set forth in this Reservation of Rights.

[ *signature page follows* ]

Dated: June 6, 2025  
Wilmington, Delaware

**CROSS & SIMON, LLC**

　　*/s/ Christopher P. Simon*  
Christopher P. Simon (No. 3697)  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224

 - and -

**LOWENSTEIN SANDLER LLP**  
Michael S. Etkin, Esq.  
One Lowenstein Drive  
Roseland, New Jersey 07068  
Telephone 973-597-2500  
metkin@lowenstein.com

 - and –  
Lindsay Sklar, Esq.  
1251 Avenue of the Americas, 17th Floor  
New York, New York 10020  
Tel: (646) 414-6883  
Email: lsklar@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**SCOTT + SCOTT**  
Emilie B. Kokmanian, Esq.  
Cornelia Gordon, Esq.  
The Helmsey Building  
230 Park Avenue, 24th Floor  
New York, NY 10169  
Telephone: (212) 519-0517  
Facsimile: (212) 223-6334  
Email: ekokmanian@scott-scott.com  
Email: cgordon@scott-scott.com

*Lead Counsel to Lead Plaintiff and the Class*