**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 24-11985 (KBO) |
| Edgio, Inc., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 1029** |

**OBJECTION OF CIGNA TO NOTICE OF (I) POTENTIAL EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN, (II) FIXING OF THE CURE COSTS RELATED THERETO, AND (III) DEADLINE TO OBJECT THERETO**

Cigna Health and Life Insurance Company ("Cigna") hereby objects to the *Notice of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto* [Docket No. 1029] ("Cure Notice"), and in support thereof, respectfully states as follows:

**BACKGROUND**

1. As of the September 9, 2024 Petition Date, Cigna and the Debtors were parties to a Group Dental Insurance Policy dated January 1, 2019, as amended ("Cigna Contract"). The Cigna Contract expired by its own terms and is no longer an active contract.

2. The Debtors filed the Cure Notice on May 30, 2025. The Cure Notice lists executory contracts that the Debtors "may" assume as part of their *Joint Chapter 11 Plan of Reorganization of Edgio, Inc. and Its Affiliated Debtors* ("Plan"). The Cure Notice includes the Cigna Contract, and proposes a $0 cure amount.

**OBJECTION**

3. The Cure Notice includes the terminated Cigna Contract. The Cigna Contract is no longer executory and therefore cannot be assumed under 11 U.S.C. § 365. 3 COLLIERS ON

2

BANKRUPTCY ¶ 365.02[2][e]. Accordingly, Cigna objects to the assumption of the Cigna Contract.

      WHEREFORE, Cigna respectfully requests that this Court enter an order that: (i) denies assumption of the Cigna Contract; and (ii) grants Cigna such additional relief as this Court deems just and equitable.

Dated:  June 9, 2025           CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

#05887444           Counsel for Cigna Health and Life Insurance Company