**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EDGIO, INC., *et al.*,[1] | Case No. 24–11985 (KBO) |
| Debtors. | (Jointly Administered) |

**DIGITAL CONVERGENCE TECHNOLOGIES INDIA PVT LTD'S LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO THE NOTICE OF (I) POTENTIAL EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN, (II) FIXING OF THE CURE COSTS RELATED THERETO, AND (III) DEADLINE TO OBJECT THERETO**

Digital Convergence Technologies India Pvt Ltd ("DCT India"), by and through its undersigned counsel, submits this limited objection and reservation of rights (the "Objection") with respect to the *Notice of (I) Potential Executory Contracts or Unexpired Leases to Be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto* [D.I. 1029] (the "Cure Notice"), and in support thereof, respectfully represents as follows:

**RELEVANT FACTUAL & PROCEDURAL BACKGROUND**

1. On September 9, 2024 (the "Petition Date"), Edgio, Inc. and certain of its affiliated debtors (collectively, the "Debtors") petitioned for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), commencing these cases (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court" or "Court").

2. Prior to the Petition Date, DCT India and Debtor Edgecast, Inc., as assignee of

---

[1] The Debtors in these cases are the following entities: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (7033).

230603078 v4

Verizon Communications India Private Limited ("Edgecast"), were parties to that certain *Reseller Agreement,* dated as of May 2, 2018 (as amended and/or restated from time to time thereafter), Service Orders Q-07874 and Q-12897, and certain Statements of Work thereunder (collectively, the "Reseller Agreement").

3. Prior to the Petition Date, on or around July 1, 2024, Edgecast breached certain provisions of the Reseller Agreement, and as a result of Edgecast's breach, DCT India sustained damages in the amount of approximately $29,412.00.

4. On May 30, 2025, the Debtors filed the Cure Notice indicating that the Reseller Agreement is an executory contract that may be assumed and assigned in connection with the relief sought in the *Joint Chapter 11 Plan of Reorganization of Edgio, Inc. and Its Affiliated Debtors* [D.I. 958] (the "Plan"), with a proposed cure amount of $0 (the "Proposed Cure Amount"). *See* Cure Notice, Ex. 1.

## LIMITED OBJECTION

5. As of the date of this Objection, DCT India estimates its liability to Edgecast under the Reseller Agreement to be approximately $20,281.00, inclusive of the reduction/setoff of approximately $29,412.00.

6. As such, DCT India objects to the Cure Notice and the Proposed Cure Amount to the extent that (i) it does not preserve DCT India's right to setoff amount owed to DCT India because of Edgecast's breach, and (ii) other amounts may become due and owing to DCT India as a result of Edgecast's breach. DCT India reserves any and all setoff and/or recoupment rights related thereto.

## RESERVATION OF RIGHTS

7. Nothing in this Objection is intended to be, or should be construed as, a waiver by DCT India of any of its rights under the Reseller Agreement, the Bankruptcy Code, or applicable

law. DCT India expressly reserves all such rights, including, without limitation, the right to: (a) supplement and/or amend this Objection and to assert any additional objections with respect to the Proposed Cure Amount and any proposed assignment of the Reseller Agreement on any and all grounds; (b) assert any nonmonetary defaults under the Reseller Agreement; (c) object to any proposed assignee's adequate assurance of future performance; and (d) assert any further objections as it deems necessary or appropriate.

Dated:  June 13, 2025

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile:  302-777-4352
Email:  nsongonuga@archerlaw.com

*Counsel to Digital Convergence Technologies India Pvt Ltd*

230603078 v4