## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Edgio, Inc., *et al.*, | Case No. 24-11985 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 1100** |

**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025 (NO ORDER REQUIRED)**

The undersigned hereby certifies as follows:

1.      On June 30, 2025, Richards, Layton & Finger, P.A. (the "***Applicant***") filed the *Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2025 through May 31, 2025* [Docket No. 1100] (the "***Application***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***").

2.      Pursuant to the *Notice of Fee Application* that was attached to the Application, objections to the Application were to be filed and served no later than July 21, 2025 at 4:00 p.m. (Eastern Time).  As of the date hereof, the undersigned has reviewed the Court's docket in these

---

[1]   The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (7033). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028. Additional information about the Chapter 11 Cases is available at https://omniagentsolutions.com/Edgio.

cases and certifies that no answer, objection, or other responsive pleading to the Application has appeared thereon.

3.      The Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 189] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order and the *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Effective as of the Petition Date* [Docket No. 183], the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification of no objection without the need for a further order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: July 22, 2025
Wilmington, Delaware

Respectfully submitted,


/s/  Colin A. Meehan

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Brendan J. Schlauch (No. 6115)
Huiqi Liu (No. 6850)
Emily R. Mathews (No. 6866)
Colin A. Meehan (No. 7237)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King St.
Wilmington, DE 19801
Telephone:     1 (302) 651-7700
Fax:             1 (302) 651-7701
Email:     collins@rlf.com
              silberglied@rlf.com
              schlauch@rlf.com
              liu@rlf.com
              mathews@rlf.com
              meehan@rlf.com

- and –

Dennis F. Dunne (admitted *pro hac vice*)
Tyson Lomazow (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
Benjamin M. Schak (admitted *pro hac vice*)
Milbank LLP
55 Hudson Yards
New York, NY 10001
Telephone: 1 (212) 530-5000
Email:     DDunne@Milbank.com
              TLomazow@Milbank.com
              LDoyle@Milbank.com
              BSchak@Milbank.com

*Co-Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A.<br><br>Co-Counsel to the Debtors | Fee Period: 5/1/25 – 5/31/25<br><br>6/30/25<br><br>Docket No. 1100 | $247,961.50 | $3,762.38 | 7/21/25 | $198,369.20 | $3,762.38 | $49,592.30 |

RLF1 33336762v.1