# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGIO, INC., *et al.*, | ) | Case No. 24-11985 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: August 13, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE THAT** on July 30, 2025, CoreSite, L.P. and its affiliates ("CoreSite") filed their attached *Application of CoreSite, L.P. for Allowance of Chapter 11 Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned counsel on or before **August 13, 2025 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Karen B. Owens at the Bankruptcy Court, 6th Floor, Courtroom 3, at a date and time to be determined.

---

[1] The Debtors operate under the trade name Edgio and have previously used the trade names Limelight, Edgecast and Layer0. The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Edgio, Inc. (7033); Edgecast Inc. (6704); Edgio International, Inc. (3022); Limelight AcquisitionCo, Inc. (6138); Limelight Midco, Inc. (1120); Limelight Networks VPS, Inc. (3438); and Mojo Merger Sub, LLC (7033). The Debtors' service address for purposes of these Chapter 11 Cases is: 11811 N. Tatum Blvd., Ste. 3031, Phoenix, AZ 85028.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE APPLICATION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

Date:   July 30, 2025
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

and

**DAVIS GRAHAM & STUBBS LLP**
Kyler K. Burgi, Colo. No. 46479
Amanda L. Haugland, Colo. No. 59359
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: kyler.burgi@davisgraham.com
       amanda.haugland@davisgraham.com

*Counsel for CoreSite, L.P.*