**CERTIFICATE OF SERVICE**

      I, William A. Hazeltine, hereby certify that on the 30th day of July 2025, a copy of the foregoing *Application of CoreSite, L.P. for Allowance of Chapter 11 Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed Below.

| | |
|---|---|
| Mark D. Collins, Esq. | Dennis F. Dunne, Esq. |
| Russell C. Silberglied, Esq. | Tyson Lomazow, Esq. |
| Brendan J. Schlauch, Esq. | Lauren C. Doyle, Esq. |
| Huiqi Liu, Esq. | Benjamin M. Schak, Esq. |
| Emily R. Mathews, Esq. | Milbank LLP |
| Colin A. Meehan, Esq. | 55 Hudson Yards |
| Richards, Layton & Finger, P.A. | New York, NY 10001 |
| One Rodney Square | DDunne@Milbank.com |
| 920 North King St. | TLomazow@Milbank.com |
| Wilmington, DE 19801 | LDoyle@Milbank.com |
| Collins@rlf.com | BSchak@Milbank.com |
| Silberglied@rlf.com | |
| Schlauch@rlf.com | |
| Liu@rlf.com | |
| Mathews@rlf.com | |
| Meehan@rlf.com | |

July 30, 2025                                                                     /s/ William A. Hazeltine
Date                                                                               William A. Hazeltine