IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EDGIO INC., *et. al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-11985-KBO<br>)<br>) Objection Deadline: September 4,<br>) 2025 at 4:00 p.m. ET<br>)<br>) Hearing Date:  TBD |

### [PROPOSED] ORDER GRANTING AMAZON.COM SERVICES LLC'S MOTION FOR REIMBURSEMENT OF POST-PETITION OVERPAYMENT

Upon Amazon.com Services LLC's *Motion for Reimbursement of Post-petition Overpayment* (the "Motion"), in which Amazon.com Service LLC ("Amazon") requests allowance and approval of a $1,406,000 administrative claim, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Declaration of Steve Beranek in support thereof; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; **NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. Amazon.com Services LLC is hereby granted allowance and approval of an administrative expense claim in the amount of $1,406,000, pursuant to Section 503(b) of the

2

Bankruptcy Code, and Debtor Edgio Inc. shall make payment to Amazon of $1,406,000 within ten (10) days of the date of this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

DATED this _____ day of _____, 2025.

_____
Hon. Karen B. Owens