IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 24-11985-KBO <br> ) <br> ) Objection Deadline: September 4, 2025 <br> ) at 4:00 p.m. ET <br> ) Hearing Date: TBD |
| EDGIO INC., *et. al.*, | |
| Debtors. | |

**DECLARATION OF STEVE BERANEK IN SUPPORT OF MOTION
FOR REIMBURSEMENT OF POST-PETITION OVERPAYMENT**

Steve Beranek, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I am a Senior Manager, Finance Ops at Amazon.com Services LLC ("Amazon"). I am over the age of eighteen, am competent to testify, and I have personal knowledge of the facts set forth herein.

2. On September 9, 2024, (the "Petition Date"), the Debtor Edgio Inc. filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* in the United States Bankruptcy Court for the District of Delaware.

3. Amazon is a worldwide leader in the provision of technology services. Prior to the Petition Date, on May 12, 2020, Amazon and the Debtor entered into a Master Telecommunications Services Agreement (together any amendments, addenda and applicable service orders, the "MTSA"). Under the MTSA, Amazon agreed to pay the Debtor in exchange for the Debtor providing content delivery network ("CDN") services Amazon as part of Amazon Prime's video content delivery to consumers. CDN services provide technical capacity to Amazon in its delivery of video content to its customers.

1

4. Under a CDN Service Order No. 00211498 dated May 1, 2024 (the "May 1 Service Order"), which was a supplement to the MTSA, Amazon agreed to pay the Debtor for CDN services the Debtor was to provide for the period of May 1, 2024, through April 30, 2026. In Section 14 of the May 1 Service Order, the Debtors agreed to provide an Incentive Credit in favor of Amazon as follows:

> Contractor [(*i.e.*, Debtor)] will apply a total credit of $1,406,000 against any and all charges invoiced to Amazon in the October 31, 2024 invoice for Services under this Order Incentive Credit. If the Incentive Credit is not applied in full as aforesaid, then Contractor will refund to Amazon the amount of outstanding Incentive Credit no later than November 30, 2024.

5. The Debtor continued to provide CDN services to Amazon under the MTSA on a post-petition basis. In addition, the Debtor issued a credit memo to Amazon dated November 19, 2024, recognizing the Incentive Credit. A true and correct copy of this credit memo is attached as Exhibit 1. Amazon continued to make payments to the Debtor for CDN services on a post-petition basis. Due to its oversight, Amazon did not deduct the Incentive Credit of $1,406,000 from post-petition payments made after November 19, 2024.

6. I understand that the Debtors' CDN business was sold to Akamai Technologies, Inc. ("Akamai") and that Akamai took assignment of the MTSA and relevant service orders in connection such sale pursuant to Section 365 of the Bankruptcy Code. Prior to the assumption and assignment of the May 1 Service Order, Amazon continued to pay the Debtor for its CDN services. This included the following payments made by Amazon to the Debtor's bank account, both before and after the assumption and assignment:

| Date | Amount | Invoice Number |
|---|---|---|
| December 2, 2024 | $2,194.01 | 11495410 |
| December 2, 2024 | $5,694.86 | 11495343 |
| December 2, 2024 | $2,616,312.14 | 11495344 |
| January 2, 2025 | $9,440.13 | 11539691 |
| January 2, 2025 | $2,168,194.93 | 11539692 |
| January 30, 2025 | $12,187.61 | 11584016 |
| January 30, 2025 | $2,535,040.28 | 11584017 |
| March 4, 2025 | $20,189.46 | 11628350 |
| March 4, 2025 | $2,362,766.90 | 11628351 |
| March 21, 2025 | $2,592.90 | 11584083 |
| March 21, 2025 | $2,818.79 | 11628417 |
| Total: | $9,737,432.01 | |

Amazon paid the amounts referenced above to the Debtors, without deduction of the issued Incentive Credit. As a result, Amazon overpaid the Debtor's bankruptcy estate by a total of $1,406,000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

EXECUTED this 30th day of July, 2025, at Arlington, VA

Steve Beranek

# EXHIBIT 1



Edgio, Inc.
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028, United States of America

Tax Code: 20-1677033

| Credit Memo Total<br>**-1,406,000.00 USD** | Due Date<br>**18 Jan 2025** | Credit Memo Date<br>19 Nov 2024 | Credit Memo No.<br>9584 | Account No.<br>014 |
|---|---|---|---|---|

| Description | Service Period | Quantity | Unit Price | Amount (USD) |
|---|---|---|---|---|
| Incentive Credit as per item 14 of the CDN Service Order No. CC SVC 00211498 2024 TR | 01 NOV 2024 - 30 NOV 2024 | -1.00 | 1,406,000.00 | -1,406,000.00 |
| | | | **Subtotal:** | **-1,406,000.00** |
| | | | Late Fees: | 0.00 |
| | | | **Credit Memo Total:** | **-1,406,000.00** USD |

## Payment Options

### Checks

Edgio, Inc.
Dept. CH 16409
Palatine, IL 60055-6409
United States

Email remittance advice to:
ar@edg.io

### Electronic

| | |
|---|---|
| Account Name | Edgio, Inc. |
| Account # | |
| Bank Name | Silicon Valley Bank |
| Bank Address | 3003 Tasman Drive<br>Santa Clara, CA 95054<br>United States |
| Swift Code | |
| ACH ABA Routing | 121140399 |

Billed to:

Amazon Services LLC
Attn: Digital Video Accounts Payable
2121 7th Avenue
Seattle, WA, 98121
United States