**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EDGIO INC., *et. al.*, | ) Case No. 24-11985-KBO |
| | ) |
| | ) Objection Deadline: September 4, 2025, at 4:00 p.m. ET |
| Debtors. | ) |
| | ) Hearing Date:  TBD |

**NOTICE OF AMAZON.COM SERVICES LLC'S MOTION FOR
REIMBURSEMENT OF POST-PETITION OVERPAYMENT**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

Amazon.com Services LLC ("Amazon") has filed a *Motion for Reimbursement of Postpetition Overpayment* (the "Motion"), which seeks the following relief: an order allowing and approving Amazon's administrative claim in the amount of $1,406,000.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **September 4, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DE 19801, AT A DATE AND TIME TO BE DETERMINED.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 30, 2025

**K&L GATES LLP**

/s/ *Matthew B. Goeller*
Matthew B. Goeller (No. 6283)
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: matthew.goeller@klgates.com

*Attorneys for Amazon.com Services LLC*