**CERTIFICATE OF SERVICE**

I, Matthew Goeller, hereby certify that on the 30th day of July 2025, a copy of the foregoing *Amazon.Com Services LLC's Motion for Reimbursement of Post-Petition Overpayment* was electronically filed and served via CM/ECF on all registered users, and a courtesy copy was served via electronic mail on counsel listed below.

>Mark D. Collins, Esq.
>Russell C. Silberglied, Esq.
>Brendan J. Schlauch, Esq.
>Huiqi Liu, Esq.
>Emily R. Mathews, Esq.
>Colin A. Meehan, Esq.
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King St.
>Wilmington, DE 19801
>Collins@rlf.com
>Silberglied@rlf.com
>Schlauch@rlf.com
>Liu@rlf.com
>Mathews@rlf.com
>Meehan@rlf.com

July 30, 2025

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)