### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Edgio, Inc., *et al.*, | Case No. 24-11985 (KBO) |
| Reorganized Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| September 23, 2025 at 10:30 a.m. (ET) (Final Fee Hearing) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 3<br>Wilmington, Delaware 19801 |

Dated: August 1st, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

RLF1 33399303v.1